OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUL. 08. 2015

6/29/2015
**JOHNSON, BRANDON CHRISTOPHER**     Tr. Ct. No. C-213-010488-1396062-A
**WR-83,524-03**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Discharged

Abel Acosta, Clerk



RTS
RETURN TO SENDER

BRANDON CHRISTOPHER JOHNSON
HUTCHINS UNIT - TDC # 1987644
1500 E. LANGDON RD.